FORMER EMPLOYEES OF CNG DEVELOPMENT CO., PLAINTIFFS *v.*
U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 90–12–00655

(Dated April 17, 2001)

## JUDGMENT

WATSON, *Senior Judge:* This court having received and reviewed the United States Department of Labor's "Notice of Negative Determination on Reconsideration" dated July 8, 1991, pursuant to the court's remand of May 9, 1991, on defendant's consent, in order that the Department conduct a further investigation regarding plaintiffs' application for certification for Trade Adjustment Assistance, and Department of Labor having complied with the court's remand order on July 10, 1991, and the plaintiffs having requested a briefing schedule by letter dated September 9, 1991, and the court having granted plaintiffs sixty days in which to file a brief indicating their objections, if any, to the Department's Negative Determination on Reconsideration on July 23, 1998, and no briefing of the remand results having been submitted by the parties, it is hereby

ORDERED that the Notice of Negative Determination on Reconsideration is affirmed in its entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

MITSUBISHI ELECTRIC CORP. AND MITSUBISHI ELECTRIC SALES AMERICA,
INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT.

Court No. 85–07–00928

(Dated April 17, 2001)

## JUDGMENT

WATSON, *Senior Judge:* In this case, issue was joined on September 19, 1985. No action has been taken by plaintiff to prosecute this case since that date. Accordingly, this action is dismissed for lack of prosecution.